

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LAMON DEE CHRISTENSEN,<br><br>　　　　　Defendant. | NO.: CR 88-668-R<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of his supervised release; and

　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　　The Court finds that:

A.　(X)　The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is

Deten[2].ord

1 | based on the defendant's failure to proffer any evidence to meet
2 | his burden on this issue.
3 | and
4 | B. (X) The defendant has not met his burden of establishing by
5 | clear and convincing evidence that he is not likely to pose a
6 | danger to the safety of any other person or the community if
7 | released under 18 U.S.C. § 3142(b) or (c). This finding is
8 | based on the defendant's failure to proffer any evidence to meet
9 | his burden on this issue.
10 | IT THEREFORE IS ORDERED that the defendant be detained pending
11 | the further revocation proceedings.
12 |
13 | DATED: July 29, 2008
14 |
15 | _____
   | *Margaret A. Nagle*
16 | MARGARET A. NAGLE
   | United States Magistrate Judge

Deten[2].ord                    2